IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

**TYE TRUJILLO,**

    **Plaintiff,**

**v.**                                                 **No. 15-cv-0234 LAM/SMV**

**CITY OF FARMINGTON,**

    **Defendant.**

## ORDER FOR STATUS REPORT

THIS MATTER is before the Court sua sponte.  Plaintiff initiated this civil rights action in state court on January 9, 2015.  [Doc. 1-1] at 1–4.  Defendant removed the case to this Court on March 20, 2015.  [Doc. 1].  The Court held a status conference on April 8, 2015, to discuss initial disclosures and other discovery.  [Doc. 8].  At the status conference, Defendant indicated that it planned to file a motion to consolidate this case with *Trujillo v. Ronk*, 13-cv-1001 KG/CG.  Accordingly, the Court did not issue an Initial Scheduling Order at that time.  However, one month has passed, and no motion has been filed.  If this case will not be consolidated with the other, discovery should commence.

    Accordingly, **Defendant** shall file a status report no later than **May 22, 2015**.

    **IT IS SO ORDERED.**

                                                      **STEPHAN M. VIDMAR**
                                                      **United States Magistrate Judge**